**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO M. GUTIERREZ,<br><br>        Plaintiff,<br><br>       v.<br><br>DIGITAL PLAYGROUND INC. et al.,<br><br>        Defendants. | Case No. CV 18-3903-PA (JPR)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE UNDER FEDERAL RULES OF CIVIL PROCEDURE 8(a) AND 12(b)(6) |

On April 20, 2018, Plaintiff filed pro se a civil-rights action under 42 U.S.C. § 1983 in the Northern District of Texas. He was subsequently granted leave to proceed in forma pauperis. On May 9, 2018, the Texas district court transferred the case to this district because the Defendants are located in Los Angeles and some of the events in the Complaint allegedly occurred here. The action stems from Plaintiff's attempts to secure employment with Digital Playground Inc. On June 25, 2018, after screening the Complaint under 28 U.S.C. § 1915(e)(2), the Magistrate Judge dismissed it with leave to amend because, among other deficiencies, it failed to state any claim upon which relief could be granted.

1

Plaintiff did not timely file an amended pleading or seek an extension of time to do so. On July 30, 2018, he filed instead what appears to be an objection to the screening order under Federal Rule of Civil Procedure 46.[1] Plaintiff asserts, without supporting argument or authority, that the Complaint does state a claim for relief under the Eighth Amendment.[2]

Under Edwards v. Marin Park, Inc., 356 F.3d 1058, 1063-64 (9th Cir. 2004), a plaintiff may choose to stand on his claims as pleaded rather than amend them. But that does not obligate the Court to order his complaint served; rather, the Court may consider an "election not to amend at face value, enter[] a final judgment dismissing all claims with prejudice, and allow[]" the plaintiff to seek immediate appellate review. Id. at 1064. That is evidently what Plaintiff wants the Court to do. Because the Court agrees with the Magistrate Judge's reasoning in her June 25 order and finds that the Complaint fails to state a claim under Rule 12(b)(6), the Court gives Plaintiff his wish.

**ORDER**

It therefore is ORDERED that this action is dismissed with prejudice, both for the reasons explained in the Magistrate Judge's dismissal order and because Plaintiff has affirmatively

---

[1] His filing refers to an order entered in his case by the Northern District of Texas on July 27, 2018, but no such order appears on the docket in that case.

[2] He evidently does not object to the Magistrate Judge's other findings.

chosen not to amend his Complaint to comply with it.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 16, 2018

                                              PERCY ANDERSON
                                              United States DISTRICT JUDGE

Presented by:

Jean P. Rosenbluth
U.S. Magistrate Judge