**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO M. GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL PLAYGROUND INC. et al.,<br><br>　　　　　Defendants. | Case No. CV 18-3903-PA (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Action with Prejudice Under Federal Rules of Civil Procedure 8(a) and 12(b)(6),

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 16, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE